UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALICE BOWERS,

    Plaintiff,

v.                               No.3:07-cv-89-J-12MCR

JO ANNE B. BARNHART,
Commissioner of the Social Security
Adminsitration.,

    Defendant.

## ORDER

This cause is before the Court on the United States Magistrate Judge's Report and Recommendation (Doc.4), recommending that this case be transferred to the Ocala Division because the Plaintiff is a resident of Citrus County, Florida. No party having filed an objection within the ten day objection period, it is

**ORDERED AND ADJUDGED:**

That the Report and Recommendation (Doc.4) of the United States Magistrate Judge is adopted and the Clerk shall transfer this case to the Ocala Division.

**DONE AND ORDERED** this ___6th___ day of March 2007.

                                                                                  *Howell W. Melton*
                                                      Senior United States District Judge

Copies to:
Counsel of Record